FOURTH DEPARTMENT, MARCH, 1952.

(March 5, 1952.)

ROCCO LA PENNA, Appellant, v. UNITED BISCUIT COMPANY OF AMERICA, ONTARIO BISCUIT COMPANY DIVISION, Respondent. BEVERLY LA PENNA, an Infant, by ROCCO LA PENNA, Her Guardian ad Litem, Appellant, v. UNITED BISCUIT COMPANY OF AMERICA, ONTARIO BISCUIT COMPANY DIVISION, Respond-

ent.— All concur.
(Appeal from a judgment dismissing complaints in negligence actions.)
Present — Taylor, P. J., McCurn, Vaughan, Piper and Wheeler, JJ.